**UNDER SEAL**

```
F I L E D
CLERK, U.S. DISTRICT COURT
10/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>RAMIRO GODINEZ,<br>   aka "Andrew,"<br><br>           Defendant. | No. 8:20-cr-00156-VAP<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about November 5, 2019, in Orange County, within the Central District of California, defendant RAMIRO GODINEZ, also known as "Andrew," knowingly and intentionally distributed at least 50 grams, that is, approximately 109.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about November 5, 2019, in Orange County, within the Central District of California, defendant RAMIRO GODINEZ, also known as "Andrew," knowingly possessed firearms, namely, a Mega Machine Shop, model Gator, short-barreled rifle with a multi-caliber lower receiver and a 5.56/.223 magazine well, bearing serial number MUR13567, and a Colt, model 1911, .45 caliber semi-automatic pistol, bearing serial number 495012, and ammunition, namely, 30 rounds of Lake City .223 caliber ammunition and 14 rounds of 60th Arsenal .45 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant GODINEZ possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance with Firearm, in violation of California Health and Safety Code Section 113701.1(a), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, and Possession of an Assault Weapon, in violation of California Penal Code Section 30605(a), in the Superior Court for the State of California, County of Orange, Case Number 12HF2076, on or about October 16, 2013; and

2. Possession of a Controlled Substance with Firearm, in violation of California Health and Safety Code Section 113701.1(a), and Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, Case Number 16CF1118, on or about November 15, 2016.

2

COUNT THREE

[26 U.S.C. § 5861(d)]

On or about November 5, 2019, in Orange County, within the Central District of California, defendant RAMIRO GODINEZ, also known as "Andrew," knowingly possessed a firearm, namely, a Mega Machine Shop, model Gator, short-barreled rifle with a multi-caliber lower receiver and a 5.56/.223 magazine well, bearing serial number MUR13567, which defendant GODINEZ knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendant GODINEZ in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division* For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANNE C. GANNON
Assistant United States Attorney
Santa Ana Branch Office

3